Amy S. Duarte (AZ Bar No. 025917)
aduarte@sheridanross.com
Robert R. Brunelli (to be admitted *pro hac vice*)
rbrunelli@sheridanross.com
Matthew C. Miller (to be admitted *pro hac vice*)
mmiller@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Phone: 303-863-9700
Facsimile: 303-863-0223
Litigation@sheridanross.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aqua Lighting Technologies, LLC, a Virginia limited liability company, | No. _____ |
| Plaintiff, | |
| v. | **COMPLAINT WITH JURY DEMAND** |
| Leslie's Poolmart, Inc., a Delaware corporation, | |
| Defendant. | |

Plaintiff Aqua Lighting Technologies, LLC, for its Complaint with Jury Demand against Defendant Leslie's Poolmart, Inc., alleges as follows:

## I.  THE PARTIES

1.     Plaintiff Aqua Lighting Technologies, LLC ("ALT") is a Virginia limited liability company having a principal place of business at 801 2nd Street, Suite 1110, Seattle, Washington 98104, and was formed to hold, license and enforce U.S. Patent No. 6,616,291 ("the '291 Patent").

2.     Defendant Leslie's Poolmart, Inc. ("Leslie's") is a Delaware corporation with its corporate headquarters located at 2005 East Indian School Road, Phoenix, Arizona

85016. Leslie's has appointed Corporation Service Company, 2338 West Royal Palm Road, Suite J, Phoenix, Arizona 85021 as an agent to accept service of process within this state.

## II.  JURISDICTION AND VENUE

3.    This action arises under the laws of the United States, 35 U.S.C. § 101 *et seq*., for patent infringement. The Court has original subject matter jurisdiction over the asserted claim pursuant to 28 U.S.C. §§ 1331 and 1332.

4.    This Court has personal jurisdiction over Leslie's for at least the following reasons: (1) Leslie's has its corporate headquarters and nerve center in the State of Arizona; (2) Leslie's has committed acts of patent infringement and induced and contributed to acts of patent infringement by others in this District and in Arizona; (3) Leslie's engages in other persistent courses of conduct and derives substantial revenue from products and/or services provided to individuals in this District and in Arizona; and (4) Leslie's has purposefully established systematic and continuous contacts with this District and should reasonably expect to be brought into Court here.

5.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400 because (1) Leslie's has its corporate headquarters and nerve center in the State of Arizona, as well as roughly 90 retail outlets; and (2) Leslie's has committed acts of patent infringement and induced acts of patent infringement by others in this District and in Arizona.

### III.  **GENERAL ALLEGATIONS**

**A.**    **The Invention and '291 Patent**

6.    David A. Love, is a principal in Rosstech Signals, Inc., a company that, among other things, designs and sells signal processing systems and devices for use in the pool and spa industry.  In 1999, Love realized there was a need to replace then prevalent, but failure-prone, incandescent lighting assemblies in pools and spas with much more reliable light emitting diode (LED) lighting assemblies.  He also recognized that these new LED assemblies could emit more than a single light color, and therefore offered to provide superior functionality compared to their incandescent counterparts.

7.    Love believed these new assemblies should be easily installable into preexisting pool and spa systems, which would require using existing wiring and switches. If pool and spa builders did not need to learn how to install new switching or wiring when using the new lighting assemblies, his new lighting products would, he reasoned, be readily adopted for use in both existing and new spas and pools.

8.    Mr. Love also believed that individual LEDs could be arranged in various desired "banks," perhaps based upon the color or intensity of the light to be emitted by the LEDs included in the bank, and could, if separately controlled by an on-circuit board programmable controller, provide independent color switching and "light shows" not previously available with incandescent spa and pool light bulbs.

9.    Mr. Love's perceived need to integrate new LED technology into the pool and spa industry, by adapting it to preexisting wiring, yet control the on-board programmable processor to allow the user to switch between light colors and light shows,

inspired him to invent a unique LED underwater lighting assembly.   Mr. Love conceived of and created an underwater lighting assembly with a circuit board containing, *inter alia*, a plurality of LEDs separated into banks, each bank with an assigned color.  An on-board processor would be pre-programmed to emit constant colors or light shows, by fading out one color while simultaneously fading in a new color.  The on-board processor was capable of sensing the cycling between on and off power states, using that information to switch between pre-programmed light states based on the number of on/off cycles.

10.     Mr. Love filed a patent application with the United States Patent and Trademark Office ("USPTO") on December 20, 2000 and obtained issued U.S. Patent No. 6,616,291 on September 9, 2003, entitled "Underwater Lighting Assembly" ("the '291 Patent").  (A copy of the '291 Patent is attached as Exhibit 1, and its file history is attached as Exhibit 2, which are both incorporated herein by reference.)  The '291 Patent has 20 claims and cites 6 prior art patent references, the earliest dating from 1997.

11.     As the sole inventor, Mr. Love was the sole owner of the '291 Patent.  He assigned all right, title and interest in the '291 Patent, including the right to collect damages for past, present and future damages for infringement thereof, to Rosstech Signals, Inc., which has since assigned those rights to ALT. Those assignments have been recorded, respectively, at Reel 011975, Frame 0247, and Reel 043761, Frame 0443 of the USPTO Assignment and Recording Branch.  (Copies of those assignments are attached as Exhibit 3 and incorporated herein by reference.)

12.     The novelty and use of one embodiment of Mr. Love's invention is described within the '291 Patent as follows:

Control circuitry allows the separate LED colors installed to be powered from a simple two wire industry standard 12 VAC power supply with simple on/off Switching. This eliminates the required running of multi-conductor wire to control the LED arrays from a multi-position switch. Cycling the on/off switch allows the control circuitry to cycle illumination between the installed LED colors and allows for the addition of a "sequencing" or "modulation" mode in which the various installed colors are cycled randomly at varying intervals with a "fade up" and "fade down" in intensity producing attractive color combinations and intensity effects. Additional modes programmed into the processor can offer illumination in any of an essentially infinite spectrum comprised of the previously mentioned blending of LED colors in varying intensities and combinations.

13.    Independent Claim 1 of the '271 Patent reads:

An underwater lighting assembly comprising:
    a waterproof housing for underwater submersion;
    a round front access LED board disposed within a water proof chamber of the housing;
    a plurality of LEDs and a programmable controller mounted on said board within the housing, the LEDs arranged in a plurality of banks, and
    a power supply that powers the controller and the LEDs, the controller configured to control the LEDs in response to switching of the power supply between on and off states.

14.    Claim 2, dependent upon Claim 1, further claims an underwater lighting assembly wherein the LEDS are independently controllable to adjust intensity.  Claim 3, also dependent upon Claim 1, claims a configuration of three banks of LEDs.

15.    Independent Claim 7 claims a control system for controlling LEDs installed on a board in an underwater lighting assembly.   Claim 7 explains an on-board programmable controller for generating operating signals in response to switching the

power on and off, with switching transistors between the controller and LEDs in a plurality of banks, and the controller operative to fade between different colors.[1]

16.     The Patent includes other independent and dependent claims in addition to Claims 1, 2, 3, and 7.

17.     The utility of Mr. Love's invention is evidenced by the fact that, upon information and belief, most color LED pool and spa light fixtures utilize the technology claimed in the '291 Patent to provide a modern level of functionality and ambiance in pools and spas, but capable of using pre-existing two or three wire systems and a simple switch to communicate with the assembly.

**B.      The Infringing Products Sold by Leslie's**

18.     Leslie's claims to be "The World's Largest Retailer of Swimming Pool Supplies."  According to its website, Leslie's operates over 850 retail stores in 35 states across the country.  It also offers sales through mail order and directly through its website, http://www.lesliespool.com.

19.     Leslie's has and is continuing to infringe upon claims of the '291 patent by its offer for sale and sale of numerous lighting products in violation of 35 U.S.C. § 271 (a), (b) and/or (c). Upon information and belief, the four primary manufacturers of pool and spa lights that infringe the '291 Patent are Hayward Pool Products, Pentair Pool Products, Jandy Industries, and J&J Electronics (collectively, the "Suppliers").  Upon information

---

[1] The Abstract and Claims 7, 9 and 12 contain a typographical error made, upon information and belief, by the USPTO when it ordered the patent for publication; instead of "a non-board," it should read "an on-board."

and belief, these Suppliers produce about 80% of the infringing LED lighting assemblies currently sold in the United States.

20.    As of the filing of this Complaint, Leslie's offers various underwater pool and supply lighting fixtures, including infringing color LED fixtures manufactured and/or supplied by each of the Suppliers for sale on its website http://www.lesliespool.com.  Upon information and belief, Leslie's also sells and offers to sell the Suppliers' infringing lights through its various retail outlets and via mail order.

a.    **Hayward Pool Products Lights**

21.    Hayward manufactures the ColorLogic line of pool and spa LED lighting fixtures.  The ColorLogic line sold by Leslie's consists of a waterproof housing for underwater submersion and includes a round front access, LED board, a plurality of LEDs grouped into banks and powered by a power supply within the unit, and a controller located on the board and powered by a power supply and configured to control the LEDs in response to switching the power supply between on and off states.  By way of example, the

1  front of the Hayward ColorLogic 4.0 SP0527SLED30, with and without lens and faceplate,

2  is shown below:





22.     The photo directly above shows an array of nearly 30 LEDs grouped by colors red, green, and blue around the center of the board.  Upon information and belief, the controller is located on the upper part of the pictured circuit board.  The installation manual for this product instructs the user to connect the three wires – power, neutral, and ground – to a power load center equipped with a common switch.  The manual further describes 12 separate light "programs," such as "fixed" "Deep Blue Sea" and "Emerald," and "shows" such as "Twilight – Slow Color Wash" and "Gemstone – Blue/Green/Magenta Fade."  The functionality of turning on the light and changing colors and of performing a color show is controlled by cycling the power supplied to the board on and off:

> The Hayward ColorLogic is operated through power-cycling: a method of changing modes which requires no special controller or interface.   To activate the light, simply turn on the switch.  To deactivate the light, turn off the switch.  To advance to the next program, turn the switch off, then back on within 10 seconds …

23.     As of the filing of this Complaint, Leslie's website sold and offered for sale 14 different models of the Hayward ColorLogic underwater LED lighting assemblies, ranging in price from $467.99 to $989.99, with all being available for purchase throughout the United States.  Upon information and belief, each of these models contains the same basic elements, infringe claims of the '291 Patent, and are functionally and physically analogous in all material ways.

24.     Leslie's has and is continuing to directly and indirectly infringe, both literally and through the doctrine of equivalents, claims of the '291 Patent by its offer for sale and

sale of at least the following Hayward lighting products in violation of 35 U.S.C. § 271 (a), (b) and/or (c):

| Product Number | Leslie's Retail Price |
| --- | --- |
| ColorLogic 4.0 SP0527SLED30 | $757.99 |
| ColorLogic 4.0 SP0527SLED50 | $819.99 |
| ColorLogic 4.0 SP0527SLED150 | $987.99 |
| ColorLogic 4.0 SP0527SLED100 | $989.99 |
| ColorLogic 4.0 SP0535SLED30 | $509.99 |
| ColorLogic 4.0 SP0535SLED50 | $749.99 |
| ColorLogic 4.0 SP0535SLED150 | $758.99 |
| ColorLogic 4.0 SP0535SLED100 | $789.99 |
| ColorLogic 4.0 SP0527LED30 | $749.99 |
| ColorLogic 4.0 SP0527LED50 | $748.99 |
| ColorLogic 4.0 SP0527LED100 | $786.99 |
| ColorLogic 4.0 SP0535LED30 | $467.99 |
| ColorLogic 4.0 SP0535LED50 | $580.99 |
| ColorLogic 4.0 SP0535LED100 | $647.99 |

### b.     J&J Electronics Lights

25.     J&J Electronics manufactures the ColorSplash line of pool and spa LED lighting fixtures.  The ColorSplash XG line sold by Leslie's consists of a waterproof housing for underwater submersion having a round front access, an LED board, a plurality of LEDs on the board and grouped into banks and powered by a power supply, and a controller on the board and powered by a power supply and configured to control the LEDs in response to switching of the power supply between on and off states.  By way of

example, the front of the J&J Electronic ColorSplash XG LPL-F2C-120-100-P, with and without lens and faceplate, is shown below:





26.    The photo directly above shows an array of 14 LEDs separated into three groups by color.  Upon information and belief, the controller is located on the bottom right of the pictured circuit board.  The installation and operation manual supplied with the product instructs Leslie's customers to connect three wires – power, neutral, and ground – to the fixture.  The manual further describes 12 separate light "programs," such as the "solid" "Parisian Blue" and "Brazilian Red," and "shows" such as "Patriot Dream" and "Northern Lights."  The functionality of turning on the light and changing colors and running shows is controlled by cycling of the power supplied to the board between on and off states:

> ColorSplash XG Series LED light fixtures are pre-programmed and synchronous with each other while offering a wide array of lighting effects and options.  They offer seven different light shows (1-7) and five solid colors (8-12) to choose from ….   XG LED Light Fixture features are selectable by turning the existing pool light power switch off and on, known as power cycling….  Power cycle pool light switch off/on as many times needed [sic] to match the desired light show' specified number….  Similar to selecting XG light show, power cycle pool light switch off/on as many times needed [sic] to match the desired solid color's specified number.

27.    As of the filing of this Complaint, Leslie's website sold and offered for sale seven different hard-wired models of the J&J Electronic ColorSplash XG or similar products, ranging in price from $446.99 to $699.99, all for purchase throughout the United States.  Upon information and belief, each of these models contains the same basic elements that infringe claims of the '291 Patent and are functionally and physically analogous in all material ways.

12

28.   J&J Electronics also manufactures replacement bulbs designed to screw into standard Edison base light sockets housed in waterproof encasements on pool or spa walls. These function in a similar fashion as the ColorSplash XG series, except they screw into the socket rather than being hardwired and are not independently waterproof.  By way of example, the front of the J&J Electronic ColorSplash LXG LPL-P2-RGB-120, with diffusing lens removed, is shown below:



29.   The picture again shows an array of 14 LEDs separated into three groups by color.  Upon information and belief, the controller is located on the bottom right of the pictured circuit board.  The installation and operation manual included with the product instructs Leslie's customers to remove the existing light housing from the niche assembly, remove the old lamp and screw in the new Color Splash LXG lamp into the socket, then

reassemble the light housing.  The manual further describes 12 separate light "programs," such as the "solid" "Parisian Blue" and "Brazilian Red," and "shows" such as "Patriot Dream" and "Northern Lights."  The functionality and control of turning on the light and changing colors and running the shows is essentially identical to that described above for the ColorSplash XG.

30.    As of the filing of this Complaint, Leslie's website sold and offered for sale five different color LED replacement bulb models of the J&J Electronic ColorSplash XGL or similar products, ranging in price from $149.99 to $249.99 for purchase throughout the United States.  Upon information and belief, each of these models contain the same basic elements that infringe claims of the '291 Patent and are functionally and physically analogous in all material ways.

31.    Leslie's has and is continuing to directly and indirectly infringe, both literally and through the doctrine of equivalents, claims of the '291 Patent by its offer for sale and sale of one or more of the following J&J Electronics lighting products in violation of 35 U.S.C. § 271 (a), (b) and/or (c):

| Product Number | Leslie's Retail Price |
| --- | --- |
| ColorSplash XG LPL-F2C-120-100-P | $649.99 |
| ColorSplash XG LPL-F2C-120-50-P | $699.99 |
| ColorSplash LPL-S1C-120-100-P | $569.99 |
| ColorSplash LPL-S1C-120-50-P | $446.99 |
| ColorSplash XG LPL-S2C-120-100-P | No longer sold |
| ColorSplash XG LPL-S2C-120-50-P | No longer sold |
| ColorSplash XG LPL-S2C-12-100-P | $569.99 |

| | |
|---|---|
| ColorSplash LXG LPL-P2-RGB-120 | $249.99 |
| ColorSplash LXG LPL-P2-RGB-12 | $249.99 |
| ColorSplash 2G LPL-2030-110-2 | $199.99 |
| ColorSplash 2G LPL-7030-110-2 | $149.99 |
| ColorSplash 3G LPL-7030-12-2A | $189.99 |

### c.    Jandy Pro Series Lights

32.    Jandy manufactures the WaterColors line of pool and spa LED lighting fixtures.  The WaterColors line sold by Leslie's consists of a waterproof housing for underwater submersion having a round front access, an LED board, a plurality of LEDs grouped into banks and powered by a power supply, and a controller on the board and powered by a power supply and configured to control the LEDs in response to switching the power supply between on and off states.  By way of example, the front of the Jandy CPHVLEDS30, with and without lens and faceplate, is shown below:



15



33.     The photo directly above shows an array of nearly 30 LEDs separated into three groups by color.  Upon information and belief, the controller is located on the bottom of the pictured circuit board.  The installation manual, provided with the product, instructs Leslie's customers to connect the three wires – power, neutral, and ground – which can also be wired to a switch to manually turn on and off the lights.  The manual further describes 14 separate light "sequences" or "modes," such as "Caribbean Blue," "Emerald Rose," and "America the Beautiful."  The functionality of turning on the light and changing colors and running shows is controlled by cycling the switch on and off:

> To Operate the Light and Change Colors: Turn the light ON.  The first time the light is turned on, the color sequence begins with the Alpine White.  To change the color, turn the light OFF and then ON within three (3) seconds.  Continue turning OFF and ON until the desired light color mode is reached.

34.     As of the filing of this Complaint, Leslie's website sold and offered for sale 10 different models of the Jandy WaterColors, ranging in price from $481.99 to $975.99

for purchase throughout the United States.  Upon information and belief, each of these models contains the same basic elements that infringe claims of the '291 Patent and are functionally and physically analogous in all material ways.

35.    Leslie's has and is continuing to directly and indirectly infringe, both literally and through the doctrine of equivalents, claims of the '291 Patent by its offer for sale and sale of the following Jandy lighting products in violation of 35 U.S.C. § 271 (a), (b) and/or (c):

| Product Number | Leslie's Retail Price |
| --- | --- |
| WaterColors CPHVLEDS30 | $788.99 |
| WaterColors CPHVLEDS50 | $869.99 |
| WaterColors CPHVLEDS100 | $919.99 |
| WaterColors CPHVLEDS150 | $975.99 |
| WaterColors CSHVLEDS50 | $481.99 |
| WaterColors CSHVLEDS100 | $709.99 |
| WaterColors CSHVLEDS150 | $711.99 |
| WaterColors CSHVLEDS250 | $759.99 |
| WaterColors CSLVLEDS30 | $604.99 |
| WaterColors CPLVLEDS100 | $660.99 |

**d.    Pentair Pool Products Lights**

36.    Pentair manufactures the Intellibrite 5G line of pool and spa LED lighting fixtures.  The Intellibrite 5G line sold by Leslie's consists of a waterproof housing for underwater submersion, having a round front access, LED board, a plurality of LEDs positioned on the board and grouped into banks and powered by a power supply, a

1
2
3
4
5

controller on the board and that controller being powered by a power supply and configured to control the LEDs in response to switching the power supply between on and off states. By way of example, the front of the Pentair 5G 640120, with and without lens and faceplate, is pictured below:





37.     The photo directly above shows an array of at least six LEDs separated into at least two groups by color.  Upon information and belief, the controller is located on the left of the pictured circuit board.  The installation and user's guide supplied with the fixture instructs Leslie's customers to connect the three wires – power, neutral, and ground – which can also be wired to a switch to manually turn on and off the lights.  The manual further describes 12 separate "fixed colors," such as "Blue" and "Green," and "light show modes" such as "Party Mode" and "Caribbean Mode."  The functionality of turning on the light and changing colors and running shows is controlled by cycling the switch on and off:

> Switch power on to the light.  A white light will momentarily illuminate, followed by the previously selected color.  To select a color show mode (1-7) or a fixed color (8-12), turn the wall switch off/on a specific number of times.  Each number [of light mode] corresponds to the number of times to power-cycle the switch to activate a color light show or fixed color.

38.     As of the filing of this Complaint, Leslie's website sold and offered for sale 18 different models of the Pentair Intellibrite 5G line, ranging in price from $539.99 to $969.99 for purchase throughout the United States.  Upon information and belief, each of these models contains the same basic elements that infringe upon claims of the '291 Patent and are functionally and physically analogous in all material ways.

39.     Pentair also manufactures, and Leslie's offers for purchase, a smaller GloBrite Color Changing Underwater LED.  The GloBrite line sold by Leslie's consists of a waterproof housing for underwater submersion having a round front access, an LED board, a plurality of LEDs on the board grouped into banks and powered by a power supply, and a controller on the board and powered by a power supply and configured to control the

LEDs in response to switching the power supply between on and off states.  By way of example, the front of the Pentair GloBrite 602053 is pictured below:



40.    The photo shows an array of at least three LEDs organized into banks.  Upon information and belief, the controller is located on the bottom of the pictured circuit board.  The installation and user's guide provided with the fixture instructs Leslie's customers to connect the two wires – power and neutral – which can also be wired to a switch to manually turn on and off the lights.  The manual further describes 12 separate "fixed colors" such as "Blue" and "Green," and "light show modes" such as "Party Mode" and "Caribbean Mode."  The functionality and control of turning on the light and changing colors and shows is essentially identical to that described above for the IntelliBrite 5G.

41.    As of the filing of this Complaint, Leslie's website sold and offered for sale four different models of the Pentair GloBrite line, ranging in price from $337.99 to

$435.99, or a pair of lights coupled with a transformer kit for $979.99, for purchase throughout the United States.  Upon information and belief, each of these models contains the same basic elements that infringe claims of the '291 Patent and are functionally and physically analogous in all material ways.

42.    Leslie's has and is continuing to directly and indirectly infringe, both literally and through the doctrine of equivalents, claims of the '291 Patent by its offer for sale and sale of the following Pentair lighting products in violation of 35 USC 271 (a), (b) and/or (c):

| Product Number | Leslie's Retail Price |
|---|---|
| IntelliBrite 5G 640120 | $539.99 |
| IntelliBrite 5G 640121 | $559.99 |
| IntelliBrite 5G 640122 | $609.99 |
| IntelliBrite 5G 640123 | $639.99 |
| IntelliBrite 5G 640124 | $749.99 |
| IntelliBrite 5G 601000 | $649.99 |
| IntelliBrite 5G 54044 | $659.99 |
| IntelliBrite 5G 601002 | $709.99 |
| IntelliBrite 5G 601003 | $969.99 |
| IntelliBrite 5G 601004 | $779.99 |
| IntelliBrite 5G 601010 | $779.99 |
| IntelliBrite 5G 601011 | $779.99 |
| IntelliBrite 5G 601012 | $779.99 |
| IntelliBrite 5G 601013 | $779.99 |
| IntelliBrite 5G 640130 | $639.99 |
| IntelliBrite 5G 640131 | $669.99 |

| | |
|---|---|
| IntelliBrite 5G 640132 | $739.99 |
| IntelliBrite 5G 640133 | $818.99 |
| GloBrite 602053 | $337.99 |
| GloBrite 602054 | $356.99 |
| GloBrite 602055 | $392.99 |
| GloBrite 602056 | $435.99 |
| 2 GloBrite 619994 | $979.99 |

## IV.   CLAIM FOR RELIEF
(Infringement of the '291 Patent)

43.     ALT incorporates paragraphs 1 through 42 as though fully set forth herein.

44.     ALT owns the '291 Patent, which was duly and legally issued.  By its ownership of the '291 Patent, ALT has the right to sue for infringement.

45.     Leslie's has directly infringed one or more claims of the '291 Patent in violation of 35 U.S.C. § 271(a), (b), and/or (c) by making, using, importing, selling and/or offering for sale certain underwater LED color lighting assemblies and/or actively and knowingly inducing infringement and/or contributing to infringement of the '291 Patent by their customers to whom they supply the infringing underwater LED color lighting assemblies.

46.     Neither Leslie's nor the Suppliers have ever had a license or permission to use the '291 Patent.

47.     At least some of Leslie's Suppliers were aware of the '291 Patent prior to supplying infringing fixtures to Leslie's for resale and, upon information and belief, then, Leslie's was aware of the patent and its infringement thereof.  For example, U.S. Patent

7,514,884, filed on April 28, 2005, issued April 7, 2009 and based on provisional patent application No. 60/515,162 filed on October 28, 2003, describes a microprocessor controller designed to automatically control LED lights.  (*See* Exhibit 4, which is incorporated herein by reference.)  That patent cites to the '291 Patent as a prior art reference and was assigned to Pentair on October 8, 2004.  Leslie's infringement of the '291 Patent was willful and in wanton disregard for ALT's patent rights.

## V.    PRAYER FOR RELIEF

WHEREFORE, ALT prays for judgment in its favor and against Leslie's as follows:

A.    That Leslie's, its officers, directors, agents, servants, employees, privies, representatives, attorneys, parent and subsidiary corporations or other related entities, successors, assigns, licensees, retail distributors, and all persons in active concert or participation with any of them, be permanently enjoined from directly or indirectly infringing, inducing others to infringe and/or contributing to the infringement of the '291 Patent;

B.    That ALT be awarded damages in an amount to be determined at trial for Leslie's infringing activities which are at least a reasonable royalty;

C.    That ALT be awarded treble damages by reason of the willful, wanton, and deliberate nature of Leslie's infringement pursuant to 35 U.S.C. § 284;

D.    That ALT be awarded punitive damages;

E.    That ALT be awarded pre-judgment and post-judgment interest;

F.    That ALT be awarded costs and expenses of suit, including expert witness fees;

G.      That ALT be awarded its attorneys' fees as this is an exceptional case under 35 U.S.C. § 285;

H.      That Leslie's be required to account for all gains, profits, advantages, and unjust enrichment derived from its violations of law; and

I.      That ALT be awarded other and further relief as the Court deems appropriate at just.

## VI.  **JURY DEMAND**

ALT hereby demands a jury trial on issues so triable.

Respectfully submitted,


Dated:  March 1, 2018          By:   s/ Amy S. Duarte
                                      Amy S. Duarte (AZ Bar #025917)
                                          aduarte@sheridanross.com
                                      Robert R. Brunelli (to be admitted *pro hac vice*)
                                          rbrunelli@sheridanross.com
                                      Matthew C. Miller (to be admitted *pro hac vice*)
                                          mmiller@sheridanross.com
                                      SHERIDAN ROSS P.C.
                                      1560 Broadway, Suite 1200
                                      Denver, Colorado  80202
                                      Phone:  303-863-9700
                                      Facsimile: 303-863-0223
                                      E-Mail:  litigation@sheridanross.com

                                      ATTORNEYS FOR PLAINTIFF
                                      AQUA LIGHTING TECHNOLOGIES, LLC